UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 19-22077-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

ELIZABETH TYNES
XXX-XX-7535

____DEBTOR_____/

**OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE
OF COURT GENERATED HEARING**

IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | 15 |
| **Claimant:** | Home Point Financial Corporation |
| **Reason:** | The Proof of Claim was filed after the Claims Bar Date. |
| **Disposition:** | Sustain Objection and disallow claim. |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed below this 15th day of April, 2020.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

OBJECTION TO CLAIM
CASE NO.: 19-22077-BKC-EPK

**COPIES FURNISHED TO:**

**DEBTOR**
ELIZABETH TYNES
1705 SW 19TH CT
BOYNTON BEACH, FL  33426

**ATTORNEY FOR DEBTOR**
DRAKE OZMENT, ESQUIRE
2001 PALM BEACH LAKES BLVD
SUITE 410
WEST PALM BEACH, FL  33409

**CREDITOR**
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch,  TX  75234

**ADDITIONAL CREDITORS**
CORPORATION SERVICE COMPANY
R/A HOME POINT FINANCIAL CORPORATION
1201 HAYS STREET
TALLAHASSEE, FL  32301

HOME POINT FINANCIAL CORPORATION
9190 PRIORITY WAY WEST DR, SUITE 100
INDIANAPOLIS, IN  46240